# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WALDEMAR BARANOWSKI,**

      **Plaintiff,**

**v.**                                                 **Case No: 8:17-CV-301-T-27TGW**

**GEICO GENERAL INSURANCE
COMPANY,**

      **Defendant.**

_____/

## ORDER

      **BEFORE THE COURT** is Geico General Insurance Company's Motion for Attorney's Fees (Dkt. 97). Plaintiff has appealed the final judgment entered in this action. (Dkt. 102). Accordingly, ruling on the Motion for Attorney's Fees is **DEFERRED** pending resolution of the appeal. The Clerk is directed to terminate the Motion.

      **DONE AND ORDERED** this 25th day of June, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record